**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-6227**

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

   v.

KENNETH LEE MCBRIDE,

          Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Kenneth D. Bell, District Judge.  (5:19-cr-00007-KDB-DCK-1)

Submitted:  July 12, 2021                                        Decided:  August 10, 2021

Before AGEE, THACKER, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kenneth Lee McBride, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Lee McBride appeals the district court's order denying his motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), as amended by the First Step Act of 2018, Pub. L. No. 115-391, § 603(b)(1), 132 Stat. 5194. Upon review, we discern no abuse of discretion in the district court's determination that McBride did not establish extraordinary and compelling reasons warranting his early release. *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021) (providing standard of review and outlining steps for evaluating compassionate release motions). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*